IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-D-1888 (OES)

MICHAEL PATRICK O'NEIL; and
DIANE JANET O'NEIL,

    Plaintiff(s),

v.

BIKESOURCE, INC., d/b/a MIDWEST MERCHANDISE, INC., et al.,

    Defendant(s).
_____

**ORDER OF DISMISSAL**
_____

    The parties have filed a Stipulated Motion for Dismissal on July 27, 2005.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that the Stipulated Motion for Dismissal is GRANTED, and this case is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated:  July 28, 2005

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge